Richard Wahng (SBN 225672)
Ray H. Choi (SBN 256619)
Law Offices of Richard C. J. Wahng
152 Anza Street, Suite 201
Fremont, CA 94539
Tel:  (510) 490-4447
Fax:  (510) 344-5755

Attorney for Plaintiff
PATRICIO BRITO-CIRIACO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICIO BRITO-CIRIACO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BOB JIAN LIN, an individual dba Confucius Restaurant; and DOES 1 through 20 inclusive,<br><br>Defendants. | Case No. C 12-6546-LB<br><br>**REQUEST TO APPEAR BY COURTCALL**<br>ORDER<br><br>Date:        June 27, 2013<br>Time:       11:00 am<br>Judge:      Hon. Laurel Beeler |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

      Plaintiff's counsel, Ray H. Choi, requests permission to appear at the June 27, 2013 Case Management Conference by CourtCall, as his family will have moved their residence and his office to Los Angeles, California.

Dated: May 22, 2013                                                                LAW OFFICES OF RICHARD WAHNG

                                                                                              /s/  Ray H. Choi
                                                                                           _____
                                                                                           RAY H. CHOI
                                                                                           Attorney for Plaintiff Patricio Brito-Ciriaco

Dated: May 28, 2013

APPROVED
Judge Laurel Beeler
(United States District Court, Northern District of California seal)

REQUEST TO APPEAR BY COURTCALL

- 1 -