1  Michael H. Kim, Esq. (State Bar No. 200792)
2  **MICHAEL H. KIM, P.C.**
   475 El Camino Real, Suite 309
3  Millbrae, CA 94030
4  Telephone: (650) 697-8899
   Facsimile: (650) 697-8896
5
6  Attorneys for Defendant
   BOB JIAN LIN
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 PATRICIO BRITO-CIRIACO, an           Case No. C 12-6546-LB
   individual,
12                                      **REQUEST TO APPEAR BY COURTCALL**
           Plaintiff,                   ORDER
13
   vs.                                  Date:    June 27, 2013
14                                      Time:    11:00 a.m.
   BOB JIAN LIN, an individual dba      Judge:   The Hon. Laurel Beeler
15 Confucius Restaurant, and DOES 1
   through 20, inclusive,
16
           Defendants.
17

18

19      Counsel for Defendant, Michael H. Kim, requests permission from the Court

20 to appear by Courtcall at the Further Case Management Conference scheduled for

21

22 June 27, 2013 at 11:00 a.m. as he will be in Los Angeles.

23
   Dated: June 6, 2013                  **MICHAEL H. KIM, P.C.**
24
25                                      By: /s/ Michael H. Kim
                                           Michael H. Kim, Esq.
26                                         Attorneys for Defendant
                                           BOB JIAN LIN
27
                                        Dated: June 11, 2013
28                                      Counsel to make the necessary arrangements
                                        through CourtCall.

*APPROVED* — Judge Laurel Beeler (stamp, United States District Court, Northern District of California)

Case No. C 12-6546-LB
REQUEST TO APPEAR BY COURTCALL