1 | Michael H. Kim, Esq. (State Bar No. 200792)
**MICHAEL H. KIM, P.C.**
475 El Camino Real, Suite 309
Millbrae, CA 94030
Telephone: (650) 697-8899
Facsimile: (650) 697-8896

Attorneys for Defendant
BOB JIAN LIN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIO BRITO-CIRIACO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BOB JIAN LIN, an individual dba Confucius Restaurant, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C 12-6546-LB<br><br>**REQUEST TO APPEAR BY COURTCALL**<br>ORDER<br><br>Date: June 27, 2013<br>Time: 11:00 a.m.<br>Judge: The Hon. Laurel Beeler |

Counsel for Defendant, Michael H. Kim, requests permission from the Court to appear by Courtcall at the Further Case Management Conference scheduled for June 27, 2013 at 11:00 a.m. as he will be in Los Angeles.

Dated: June 6, 2013

**MICHAEL H. KIM, P.C.**

By: /s/ Michael H. Kim
Michael H. Kim, Esq.
Attorneys for Defendant
BOB JIAN LIN

APPROVED
Judge Laurel Beeler

Dated: June 11, 2013
Counsel to make the necessary arrangements through CourtCall.

Case No. C 12-6546-LB
REQUEST TO APPEAR BY COURTCALL