Richard C.J. Wahng (SBN 225672)
Ray H. Choi (SBN 256619)
LAW OFFICES OF RICHARD C.J. WAHNG
152 Anza Street, Suite 201
Fremont, CA 94539
Tel. (510) 490-4447
Fax (510) 344-5755

Attorneys for Plaintiff
PATRICIO BRITO-CIRIACO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICIO BRITO-CIRIACO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BOB JIAN LIN, an individual dba Confucius Restaurant; and DOES 1 through 20 inclusive,<br>Defendants. | Case No. CV 12-6546 LB<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff voluntarily dismisses the above-captioned action with prejudice.

Dated: December 12, 2013                    LAW OFFICES OF RICHARD WAHNG


                                            /s/  Ray H. Choi
                                            _____
                                            RAY H. CHOI
                                            Attorney for Plaintiff